

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00657-CV

**IN RE CCRE, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: November 13, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed an unopposed motion to dismiss its petition for writ of mandamus because relator obtained the relief sought and this original proceeding is now moot. We grant the motion and dismiss the petition for writ of mandamus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 1660, styled *CCRE, LLC v. Carol A. Johnson and Alice M. Johnson*, pending in the County Court, Gillespie County, Texas, the Honorable Mark Stroeher presiding.